AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carpenters Labor-Management Pension Fund, and Douglas McCarron, Richard Arispe, Alan Chil'cote', Sam B. Smith, as Trustees of the Carpenters Labor Management Pension Fund,
                    PLAINTIFFS,

V.

M-CO., Inc.
                    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00873

JUDGE: Richard W. Roberts

DECK TYPE: Labor/ERISA (non-employmer

DATE STAMP: 05/09/2006

TO: (Name and address of Defendant)

M-CO., Inc.
137 Comanchee Trail
Delhi, Louisiana  71232

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian F. Quinn, Esq.
DeCarlo & Connor, P.C.
101 Constitution Avenue, N.W., 10th Floor
Washington, D.C.  20001

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     MAY -9 2006
CLERK                                           DATE

_/s/ Maureen Heggins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  May 19, 2006 @ 4:00 P.M. |
| NAME OF SERVER (PRINT) Anthony J. Plakiotis | TITLE  Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>137 Comanche Trail</u>
<u>Richard W. Murihead</u>                                       <u>Delhi, Louisiana  71232</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  <u>May 19, 2006</u>         *signature*
            Date                     Signature of Server
                                     J. A. OSTER AND COMPANY, INC.

                                     704 Mill Street
                                     <u>West Monroe, Louisiana  71291</u>
                                     *Address of Server*
                                     (318) 388-0411
                                     State of Louisiana Board of
                                     Private Investigator Examiners
                                     #0006-030493 LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.