UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT )
PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
)
and )
)
DOUGLAS MCCARRON, RICHARD )
ARISPE, ALAN CHIL'COTE, SAM B. )  Case No. 1:06CV00873
SMITH, as Trustees of the CARPENTERS )
LABOR- MANAGEMENT PENSION )
FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
)
            Plaintiffs, )
)
v. )
)
M-CO., INC., a Mississippi Corporation, )
137 Comanchee Trail )
Delhi, Louisiana 71232 )
)
           Defendant. )
_____)

## REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

YOU WILL PLEASE ENTER THE DEFAULT of the defendant, M-CO., INC., a Mississippi Corporation, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the declaration filed herewith.

Dated: June 26, 2006

                                              Brian F. Quinn, Esq., D.C. Bar No. 447619
                                              a member of
                                              DeCARLO & CONNOR, a Prof. Corp.
                                              101 Constitution Ave. N.W., Tenth Floor
                                              Washington, DC 20001
                                              Telephone (202)589-1151
                                              Telecopier (202)589-0105
                                              Email: bquinn@deconsel.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Request to Enter Default, with accompanying Declaration of Brian F. Quinn in Support of Request to Enter Default with attached exhibit, has been served on Defendant M-Co., Inc., by depositing same in the U.S. Mail, first class postage prepaid and properly addressed, this 26th day of June 2006.

*Denise Cooper*
Denise Cooper
DeCARLO & CONNOR, a Prof. Corp.
101 Constitution Ave. N.W., Tenth Floor
Washington, DC 20001
Telephone (202)589-1151
Telecopier (202)589-0105

Carpenters Labor, etc. v. M-CO, Inc., et al.

2