UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT )
PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
               and )
DOUGLAS MCCARRON, RICHARD )
ARISPE, ALAN CHIL'COTE, SAM B. ) Case No. 1:06CV00873
SMITH, as Trustees of the CARPENTERS )
LABOR- MANAGEMENT PENSION )
FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
            Plaintiffs, )
            v. )
M-CO., INC., a Mississippi Corporation, )
137 Comanchee Trail )
Delhi, Louisiana 71232 )
           Defendant. )

## DECLARATION OF BRIAN F. QUINN IN SUPPORT OF REQUEST TO ENTER DEFAULT

I, BRIAN F. QUINN, declare:

1.    I am one of the attorneys for plaintiffs, Carpenters Labor-Management Pension Fund ("Pension Fund'), and Plaintiffs, Douglas McCarron, Richard Arispe, Alan Chilcoté, and Sam B. Smith ("Trustees'), in their capacities as fiduciaries with respect to the Pension Fund (together, the "Plaintiffs"), in the above-entitled action, licensed to practice in all the courts in Washington, D.C. and a member of the bar of this court.

2.    If called upon to testify, I could and would competently do so.

3.    The summons and complaint in this action were served on defendant, M-CO., INC., a Mississippi Corporation, ("DEFENDANT") , on May 19, 2006, as appears on the proof of service of the summons and complaint (see Exhibit "A").

Said Proof of Service was filed with the Court on June 23, 2006.

4. The time within which DEFENDANT may answer or otherwise move as to the complaint has expired.

5. DEFENDANT has not answered or otherwise moved.

6. The time for DEFENDANT to answer or otherwise move has not been extended.

Executed this 26 th day of June, 2006, at Washington, D.C. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

                                        _____
                                        BRIAN F. QUINN, Esq.
                                        D.C. Bar No. 447619

                                        DeCARLO & CONNOR, a Prof. Corp.
                                        101 Constitution Ave. N.W., Tenth Floor
                                        Washington, DC 20001
                                        Telephone (202)589-1151
                                        Telecopier (202)589-0105
                                        Email: bquinn@deconsel.com

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carpenters Labor-Management Pension Fund, and Douglas McCarron, Richard Arispe, Alan Chil'cote', Sam B. Smith, as Trustees of the Carpenters Labor Management Pension Fund,

PLAINTIFFS,

V.

M-CO., Inc.

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00873

JUDGE: Richard W. Roberts

DECK TYPE: Labor/ERISA (non-employmer

DATE STAMP: 05/09/2006

TO: (Name and address of Defendant)

M-CO., Inc.
137 Comanchee Trail
Delhi, Louisiana  71232

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian F. Quinn, Esq.
DeCarlo & Connor, P.C.
101 Constitution Avenue, N.W., 10th Floor
Washington, D.C.  20001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

N. M. MAYER-WHITTINGTON          MAY - 9 2006
                                  DATE

Exhibit "A"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  May 19, 2006 @ 4:00 P.M. |
| NAME OF SERVER (PRINT)  Anthony J. Plakiotis | TITLE  Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  Richard W. Murihead    137 Comanche Trail    Delhi, Louisiana  71232

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 19, 2006
                    Date

*Signature of Server*
J. A. OSTER AND COMPANY, INC.

704 Mill Street
West Monroe, Louisiana  71291
*Address of Server*
(318) 388-0411
State of Louisiana Board of
Private Investigator Examiners
#0006-030493 LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.