```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
CARPENTERS LABOR-MANAGEMENT   )
PENSION FUND et al.,          )
                              )
     Plaintiffs,              )
                              )
     v.                       )    Civil Action No. 06-873 (RWR)
                              )
M-CO., INC.                   )
                              )
     Defendant.               )
_____)
```

## ORDER TO SHOW CAUSE

Plaintiffs served defendant with the summons and complaint on May 19, 2006. Defendant has not responded. Based on an affidavit made by counsel for plaintiffs, the clerk entered default against the defendant on June 28, 2006. Plaintiffs have not moved for default judgment. Accordingly, it is hereby

**ORDERED** that plaintiff shall have until September 1, 2006 either to move for default judgment or to show cause in writing why this case should not be dismissed for want of prosecution.

SIGNED this 2nd day of August, 2006.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```