UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT )
PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
)
and )
)
DOUGLAS MCCARRON, RICHARD )
ARISPE, ALAN CHIL'COTE, SAM B. )     Case No. 1:06CV00873
SMITH, as Trustees of the CARPENTERS )
LABOR- MANAGEMENT PENSION )
FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
)
            Plaintiffs, )
)
v. )
)
M-CO., INC., a Mississippi Corporation, )
137 Comanchee Trail )
Delhi, Louisiana 71232 )
)
            Defendant. )
_____)

## NOTICE OF CHANGE OF FIRM NAME

TO THE COURT AND TO ALL INTERESTED PARTIES AND/OR COUNSEL:

PLEASE TAKE NOTICE that effective June 12, 2006, DeCARLO & CONNOR, a Professional Corporation has changed its firm name to DeCARLO, CONNOR & SHANLEY, a Professional Corporation. The firm's address, phone number and fax number have not been changed and shall remain the same.

Dated: _August 8, 2006

*/s/ Brian F. Quinn*
Brian F. Quinn, Esq. D.C. Bar No. 447619
a member of
DeCARLO, CONNOR & SHANLEY, a Prof. Corp.
101 Constitution Ave. N.W. , Tenth Floor
Washington, DC 20001
Telephone (202)589-1151
Telecopier (202)589-0105
Email: bquinn@deconsel.com