UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT )
PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
)
and )
)
DOUGLAS MCCARRON, RICHARD )
ARISPE, ALAN CHIL'COTE, SAM B. ) Case No. 1:06CV00873
SMITH, as Trustees of the CARPENTERS )
LABOR- MANAGEMENT PENSION )
FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
)
               Plaintiffs, )
)
v. )
)
M-CO., INC., a Mississippi Corporation, )
137 Comanchee Trail )
Delhi, Louisiana 71232 )
)
               Defendant. )
_____)

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs' Complaint was filed on May 9, 2006. Plaintiffs hereby file this Notice of Dismissal Without Prejudice thereby dismissing the above-captioned case without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August __28___, 2006

        Respectfully submitted,

        DeCARLO, CONNOR & SHANLEY,
        a Professional Corporation


        By: _/s/ Brian F. Quinn_
        BRIAN F. QUINN
        Attorneys for Plaintiffs

        Brian F. Quinn, Esq. D.C. Bar No. 447619
        a member of
        DeCARLO, CONNOR & SHANLEY,
        a Professional Corporation
        101 Constitution Ave. N.W., Tenth Floor
        Washington, DC 20001
        Telephone (202)589-1151
        Telecopier (202)589-0105
        Email: bquinn@deconsel.com