**CERTIFICATE OF SERVICE**

**(Carpenters Labor-Management, etc. v. M-CO., Inc.)**
**(USDC Case No. CV 06-00873 (RWR))**

The undersigned hereby certifies that a copy of the foregoing **Plaintiffs' Notice of Dismissal Without Prejudice (Filed: August 28, 2006)** has been served on defendant, M-CO., Inc., a Mississippi Corporation, by depositing same in the U.S. Mail, first class postage prepaid and properly addressed at 137 Comanchee Trail, Delhi, Louisiana 71232, this __28th__ day of August, 2006.

*Denise Cooper* (signature)

Denise Cooper
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
101 Constitution Ave., N.W.
Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105